# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>               Plaintiff,<br><br>   v.<br><br>RAJENDRA DWIVEDI,<br><br>               Defendant. | 1:18-cv-00645-DAD-GSA-PC<br><br>**ORDER VACATING COURT'S ORDER TO SHOW CAUSE**<br>**(ECF No. 8.)** |

Barry L. Brookins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

On June 4, 2018, the court screened the Complaint under 28 U.S.C. § 1915 and issued an order requiring Plaintiff to show cause why this case should not be dismissed as barred by the applicable statute of limitations, as obvious on the face of the Complaint. (ECF No. 8.) On August 27, 2018, Plaintiff filed a response to the order to show cause. (ECF No. 13.) Therein, Plaintiff argues that Defendant Dr. Dwivedi misled Plaintiff about his surgery and told Plaintiff to "give it two to three years for everything to completely heal up." ECF No. 13 at 2:3-4. Plaintiff also makes vague arguments about delays in exhausting his remedies and setbacks

because his property was lost.  While Plaintiff has not proven that he is entitled to equitable tolling, the court finds that Plaintiff has shown cause why this case should not be dismissed as barred by the statute of limitations at this stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has shown cause why this case should not be dismissed as barred by the statute of limitations at this stage of the proceedings;
2. On the basis of a showing of good cause, the court's order to show cause, issued on June 4, 2018, is vacated; and
3. Plaintiff's Complaint shall be screened in due course.

IT IS SO ORDERED.

Dated:  **August 29, 2018**                  **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE