# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>      Plaintiff,<br><br> v.<br><br>RAJENDRA DWIVEDI,<br><br>      Defendant. | 1:18-cv-00645-DAD-GSA-PC<br><br>**ORDER DENYING MOTION FOR DISCOVERY OR FURTHER BRIEFING RELATED TO EQUITABLE TOLLING ISSUE**<br>**(ECF No. 19.)** |

   Barry L. Brookins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

   On June 4, 2018, the court screened the Complaint under 28 U.S.C. § 1915 and issued an order requiring Plaintiff to show cause why this case should not be dismissed as barred by the applicable statute of limitations. (ECF No. 8.) On August 27, 2018, Plaintiff filed a response to the order to show cause. (ECF No. 13.) On August 29, 2018, the court issued an order vacating the order to show cause, stating that "[w]hile Plaintiff has not proven that he is entitled to equitable tolling, the court finds that Plaintiff has shown cause why this case should not be dismissed as barred by the statute of limitations at this stage of the proceedings." (ECF No. 14 at 2:1-3.)

On December 5, 2018, Plaintiff filed a motion "to bring forth names, dates & incidents to support & clarify petitioner's civil complaint and issues regarding equitable tolling." (ECF No. 19.)  In his motion, Plaintiff refers to his allegations in the Complaint that "illegal surgery" was performed on him in 2010, and complains about lack of access to the law library and loss of his legal property.  Plaintiff also submits prison medical records related to the surgery at issue.

To the extent that Plaintiff seeks leave to conduct discovery or submit further briefing related to whether he is entitled to equitable tolling, Plaintiff's motion shall be denied.  Discovery has not been opened and equitable tolling is not presently at issue in this case.  Plaintiff should not submit materials to the court concerning equitable tolling unless the issue is raised at a later stage of the proceedings, for example in a motion to dismiss.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion, filed on December 5, 2018, is DENIED.

IT IS SO ORDERED.

Dated:   **December 6, 2018**                    **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE