# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>               Plaintiff,<br><br>    v.<br><br>RAJENDRA DWIVEDI,<br><br>               Defendant. | 1:18-cv-00645-DAD-GSA-PC<br><br>**ORDER DENYING SECOND REQUEST FOR SERVICE DOCUMENTS AS MOOT**<br>**(ECF No. 28.)** |

       Barry L. Brookins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with the original Complaint filed on May 10, 2018, against defendant Rajendra Dwivedi, M.D. on Plaintiff's medical claim under the Eighth Amendment. (ECF No. 1.)

       On August 7, 2019, Plaintiff filed a second request for the court to send him service documents. (ECF No. 28.) Plaintiff's second request is moot because the court sent him the documents on July 29, 2019, pursuant to his first request on July 22, 2019, and he should now have the documents in hand.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's second request for service documents, filed on August 7, 2019, is DENIED as moot.

IT IS SO ORDERED.

   Dated:   **August 9, 2019**              **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE