UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>         Plaintiff,<br><br>     vs.<br><br>RAJENDRA DWIVEDI,<br><br>         Defendant. | **1:18-cv-00645-DAD-GSA-PC**<br><br>**ORDER DENYING DEFENDANT DWIVEDI'S MOTION TO DISMISS AS MOOT, WITHOUT PREJUDICE**<br>**(ECF No. 46.)** |

Barry L. Brookins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this case on May 10. 2018. (ECF No. 1.) This case now proceeds against defendant Dr. Rajendra Dwivedi for failing to provide adequate medical care in violation of the Eighth Amendment.

On March 6, 2020, defendant Dwivedi filed a motion to dismiss the case. (ECF No. 46.) On March 16, 2020, Plaintiff filed an opposition to the motion. (ECF No. 53.)

By separate order, the court shall re-screen the Complaint and issue an amended screening order. The court's first screening order, issued on July 29, 2019, states that Plaintiff names only

1

one defendant, Dr. Rajendra Dwivedi. (ECF No. 25 at 2:26-27.) In fact, Plaintiff names fourteen defendants on the civil cover sheet, which appears at the end of the Complaint. (ECF No. 1-1.) The court shall re-screen the Complaint as to all fourteen defendants.

Due to the anticipated re-screening of the Complaint, defendant Dwivedi's motion to dismiss shall be denied as moot, without prejudice to renewal of the motion at a later stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Dwivedi's motion to dismiss, filed on March 6, 2020, is DENIED as moot, without prejudice; and
2. The court shall issue an amended screening order in due course.

IT IS SO ORDERED.

Dated: **November 7, 2020**                     /s/ Gary S. Austin
                                                                   UNITED STATES MAGISTRATE JUDGE