UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAJENDRA DWIVEDI,<br><br>　　　　Defendant. | 1:18-cv-00645-DAD-GSA-PC<br><br>**ORDER FOR DEFENDANT DWIVEDI TO FILE RESPONSE TO COMPLAINT WITHIN THIRTY DAYS**<br>**(ECF No. 1.)** |

　　　　Barry L. Brookins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this case on May 10, 2018. (ECF No. 1.) On July 8, 2019, the court screened the Complaint and issued an order finding a cognizable medical claim against defendant Dr. Rajendra Dwivedi, along with ordering service of process. (ECF No. 25.)

　　　　On March 6, 2020, defendant Dwivedi filed a motion to dismiss the case. (ECF No. 46.) On November 9, 2020, the court denied the motion to dismiss, without prejudice. (ECF No. 66.)

　　　　On November 12, 2020, the court issued an amended screening order. (ECF No. 67.) On January 21. 2021, the court ordered that this case proceed only against Defendant Dwivedi on Plaintiff's medical claim and that all other claims be dismissed. (ECF No. 70.)

　　　　At this stage of the proceedings, Defendant Dwivedi shall be required to file a response to Plaintiff's Complaint.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of service of this order, Defendant Dwivedi shall file a response to Plaintiff's Complaint filed on May 10, 2018.

IT IS SO ORDERED.

Dated:   **January 31, 2021**                    **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE