UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAJENDRA DWIVEDI,<br><br>　　　　　Defendant. | 1:18-cv-00645-DAD-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**<br>**(ECF No. 80.)** |

　　　Barry L. Brookins ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's Complaint filed on May 10, 2018, against sole defendant Dr. Rajendra Dwivedi ("Defendant") for failing to provide adequate medical care in violation of the Eighth Amendment. (ECF No. 1.)

　　　On May 14, 2021, Plaintiff filed a motion to compel Defendant to respond to court documents to enable this case to proceed. (ECF No. 80.) Plaintiff's motion shall be denied because Defendant has filed a motion to dismiss in this case, which is pending, and is not required to respond further at this stage of the proceedings.[1]

---

[1] Defendant Dwivedi filed a motion to dismiss on February 8, 2021. (ECF No. 73.) Under Rule 12(a)(4), the filing of Defendant's motion to dismiss extends the time for Defendant to file an answer until after the motion to dismiss has been resolved. Fed. R. Civ. P. 12(a)(4); See Hernandez v. Avis Budget Group, Inc., 1:17-cv-00211-DAD-EPG, 2018 WL 10323280 (E.D. Cal. November 2, 2018).

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to compel, filed on May 14, 2021, is DENIED.

IT IS SO ORDERED.

Dated: **May 22, 2021**  /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE